# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **DOMINQUE VALLIER** | * | CIVIL ACTION NO. 16-1437<br>Section P |
| **VERSUS** | * | JUDGE ELIZABETH E. FOOTE |
| **PAULA MILLWEE, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's 42 U.S.C. § 1983 claim is hereby DISMISSED WITH PREJUDICE.

Because the Court has dismissed all of Plaintiff's claims arising under federal law, it declines to exercise supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367(c). Plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE.

Shreveport, Louisiana, this 12 day of April 2018.

Elizabeth E. Foote
UNITED STATES DISTRICT JUDGE